**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7294**

———————

SAMMIE LEE LOVE,

                              Petitioner - Appellant,

        versus

WILLIE THOMPSON,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-99-861-5-BO)

———————

Submitted:  December 14, 2000        Decided:  December 22, 2000

———————

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Sammie Lee Love, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sammie Lee Love seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Love's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Love v. Thompson</u>, No. CA-99-861-5-BO (E.D.N.C. Sept. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2